# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| LOREN L. CASSELL, *et al.*, | : |
| | : |
| | : Civil Action No. |
| | : 3:16-cv-02086 |
| Plaintiffs, | : |
| | : Judge Crenshaw |
| v. | : |
| | : Magistrate Judge Brown |
| VANDERBILT UNIVERSITY, *et al.*, | : |
| | : |
| Defendants. | : |

## WILLIAM J. DELANY'S MOTION FOR ADMISSION *PRO HAC VICE*

William J. Delany, undersigned counsel for Defendants Vanderbilt University, the Vanderbilt Retirement Plan Oversight Committee, Donald Brady, Anders Hall, Eric Kopstain, John Manning, Traci Nordberg, Brett Sweet, and Richard Willis (collectively, "Defendants"), hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing from the United States District Court for the District of Columbia. Attached is a Certificate of Good Standing from that Court.

Dated: October 11, 2016         Respectfully submitted,

/s/ William J. Delany
William J. Delany, DC No. 1021954
MORGAN, LEWIS & BOCKIUS, LLP
1111 Pennsylvania Avenue, NW
Washington, DC 20004
Phone: (202) 739-5562
Fax:    (202) 739-3001
Email: william.delany@morganlewis.com

Anthony J. McFarland (TBPR #9551)
Robert E. Cooper, Jr. (TBPR #10934)
Bass Berry & Sims PLC
150 Third Avenue South
Nashville, TN 37201
Telephone: (615) 742-7250
Fax:    (615) 742-2750
Email:   amcfarland@bassberry.com
           rcooper@bassberry.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2016, the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, including the below counsel for Plaintiffs. Parties may access this filing through the Court's ECF system.

HAWKINS HOGAN, PLC
William B. Hawkins III
Eric G. Evans
205 17th Avenue North, Suite 202
Nashville, TN 37203
Phone: (615) 726-0050
Fax: (315) 726-5177
whawkins@hawkinshogan.com
eevans@hawkinshogan.com

SCHLICHTER, BOGARD & DENTON, LLP
Jerome J. Schlichter
Michael A. Wolff
Troy A. Doles
Heather Lea
James Redd, IV
100 South Fourth Street, Ste. 1200
St. Louis, MO 63102
Phone: (314) 621-6115
Fax: (314) 621-5934
jschlichter@uselaws.com
mwolff@uselaws.com
tdoles@uselaws.com
hlea@uselaws.com
jredd@uselaws.com

/s/ Anthony J. McFarland
Anthony J. McFarland