UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LOREN L. CASSELL, *et al.*, | : |
| | : |
| Plaintiffs, | : Civil Action No. |
| | : 3:16-cv-02086 |
| v. | : |
| | : Judge Crenshaw |
| VANDERBILT UNIVERSITY, *et al.*, | : |
| | : Magistrate Judge Brown |
| Defendants. | : |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

Defendants Vanderbilt University, the Vanderbilt Retirement Plan Oversight Committee, Donald Brady, Anders Hall, Eric Kopstain, John Manning, Traci Nordberg, Brett Sweet, Richard Willis, and Barbara L. Carroll (collectively, "Defendants"), by and through the undersigned counsel, hereby move to dismiss Plaintiffs' Amended Complaint in its entirety and with prejudice for failure to state a claim for relief pursuant to Federal Rule of Civil Procedure 12(b)(6). This Motion is based upon Defendants' supporting memorandum of law, the Declaration of Terri Armstrong and exhibits thereto, the arguments of counsel, and all of the files, records, and proceedings therein.

Dated: January 16, 2017

Respectfully submitted,

s/ Sari M. Alamuddin
Sari M. Alamuddin (*pro hac vice* pending)
Allison N. Powers (*pro hac vice* pending)
MORGAN, LEWIS & BOCKIUS LLP
77 West Wacker Drive

Chicago, IL 60601
Telephone: (312) 324-1000
Fax: (312) 324-1001
sari.alamuddin@morganlewis.com
allison.powers@morganlewis.com

William J. Delany (*pro hac vice* pending)
Abbey M. Glenn (*pro hac vice* pending)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave, NW
Washington, DC 20001
Telephone: (202) 739-3000
Fax: (202) 739-3001
william.delany@morganlewis.com
abbey.glenn@morganlewis.com

Jeremy P. Blumenfeld (*pro hac vice* pending)
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Fax: (215) 963-5001
jeremy.blumenfeld@morganlewis.com

Anthony J. McFarland (TBPR #9551)
Robert E. Cooper, Jr. (TBPR #10934)
Bass Berry & Sims PLC
150 Third Avenue South
Nashville, TN 37201
Telephone: (615) 742-7250
Fax: (615) 742-2750
amcfarland@bassberry.com
rcooper@bassberry.com

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2017, the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system, including the below counsel for Plaintiffs. Parties may access this filing through the Court's ECF system.

HAWKINS HOGAN, PLC
William B. Hawkins III (TBPR # 20117)
Eric G. Evans (TBPR # 34224)
205 17th Avenue North, Suite 202
Nashville, TN 37203
Phone: (615) 726-0050
Fax: (315) 726-5177
whawkins@hawkinshogan.com
eevans@hawkinshogan.com

SCHLICHTER, BOGARD & DENTON, LLP
Jerome J. Schlichter
Michael A. Wolff
Troy A. Doles
Heather Lea
James Redd, IV
100 South Fourth Street, Ste. 1200
St. Louis, MO 63102
jschlichter@uselaws.com
mwolff@uselaws.com
tdoles@uselaws.com
hlea@uselaws.com
jredd@uselaws.com
Phone: (314) 621-6115
Fax: (314) 621-5934

/s/ Sari M. Alamuddin
Sari M. Alamuddin