IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LOREN L. CASSELL, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> VANDERBILT UNIVERSITY, ET AL., <br><br> *Defendants*. | Civil Action No.16-cv-2086 |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiffs hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing for the United States District Court for the Eastern District of Missouri. Attached is a Certificate of Good Standing from that Court.

March 27, 2018

Respectfully submitted,

/S/ Scott A. Bumb
Scott A. Bumb, MO No. 32225
SCHLICHTER, BOGARD & DENTON, LLP
100 South Fourth Street, Ste. 1200
St. Louis, MO 63102
Phone: (314) 621-6115
Fax: (314) 621-5934
sbumb@uselaws.com
*Lead Counsel for Plaintiffs*

William B. Hawkins, III
HAWKINS HOGAN, PLC
205 17th Avenue North, Suite 202
Nashville, TN 37203
Phone: (615) 726-0050
Fax: (315) 726-5177
whawkins@hawkinshogan.com
*Local Counsel for Plaintiffs*