**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| LOREN L. CASSELL, ET AL.,<br><br>*Plaintiffs,*<br>v.<br><br>VANDERBILT UNIVERSITY, ET AL.,<br><br>*Defendants.* | Civil Action No.16-cv-2086 |

**MOTION FOR ADMISSION *PRO HAC VICE***

The undersigned counsel for Plaintiffs hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing for the United States District Court for the Southern District of Illinois. Attached is a Certificate of Good Standing from that Court.

May 8, 2018

Respectfully submitted,

/s/ Ethan D. Hatch

Ethan D. Hatch, MO No. 68126
SCHLICHTER, BOGARD & DENTON, LLP
100 South Fourth Street, Ste. 1200
St. Louis, MO 63102
Phone: (314) 621-6115
Fax: (314) 621-5934
ehatch@uselaws.com
*Lead Counsel for Plaintiffs*

William B. Hawkins, III
HAWKINS HOGAN, PLC
205 17th Avenue North, Suite 202
Nashville, TN 37203
Phone: (615) 726-0050
Fax: (315) 726-5177
whawkins@hawkinshogan.com
*Local Counsel for Plaintiffs*