**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

LOREN L. CASSELL, ET AL.,

                                   *Plaintiffs*,

 v.                                                          Civil Action No.16-cv-2086

VANDERBILT UNIVERSITY, ET AL.,

                                   *Defendants*.

<u>**MOTION FOR ADMISSION *PRO HAC VICE***</u>

The undersigned counsel for Plaintiffs hereby moves for admission to appear *pro hac vice* in

this action. I hereby certify that I am a member in good standing for the United States District

Court for the Eastern District of Missouri. Attached is a Certificate of Good Standing from that

Court.

May 30, 2018                        Respectfully submitted,

                                    /s/ Scott A. Bumb
                                    Scott A. Bumb, MO No. 65310
                                    SCHLICHTER, BOGARD & DENTON, LLP
                                    100 South Fourth Street, Ste. 1200
                                    St. Louis, MO 63102
                                    Phone: (314) 621-6115
                                    Fax: (314) 621-5934
                                    sbumb@uselaws.com

                                    *Lead Counsel for Plaintiffs*

William B. Hawkins, III
HAWKINS HOGAN, PLC
205 17th Avenue North, Suite 202
Nashville, TN 37203
Phone: (615) 726-0050
Fax: (315) 726-5177
whawkins@hawkinshogan.com

*Local Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on May 30, 2018, the foregoing document was filed electronically.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic

filing system, including the below counsel for Defendants. Parties may access this filing through

the Court's ECF system.

| | |
|---|---|
| Anthony McFarland | Allison N. Powers |
| amcfarland@bassberry.com | allison.powers@morganlewis.com |
| | |
| Abbey M. Glenn | Sari M. Alamuddin |
| abbey.glenn@morganlewis.com | sari.alamuddin@morganlewis.com |
| | |
| William J. Delany | Jeremy Blumenfield |
| william.delany@morganlewis.com | jeremy.blumenfield@morganlewis.com |

/s/ Scott A. Bumb

2