**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| LOREN L. CASSELL, *et al.*, | Civil Action No.16-cv-2086 |
| *Plaintiffs*, | |
| v. | JURY TRIAL DEMANDED |
| VANDERBILT UNIVERSITY, *et al.*, | Chief Judge Crenshaw |
| *Defendants*. | Magistrate Judge Brown |

## MOTION FOR ADMISSION *PRO HAC VICE*

The undersigned counsel for Plaintiffs hereby moves for admission to appear *pro hac vice* in this action. I hereby certify that I am a member in good standing for the United States District Court for the Eastern District of Missouri. Attached is a Certificate of Good Standing from that Court.

July 9, 2018

Respectfully submitted,

/s/ Alexander L. Braitberg
Alexander L. Braitberg, MO No. 67045
SCHLICHTER, BOGARD & DENTON, LLP
100 South Fourth Street, Ste. 1200
St. Louis, MO 63102
Phone: (314) 621-6115
Fax: (314) 621-5934
abraitberg@uselaws.com

*Lead Counsel for Plaintiffs*

William B. Hawkins, III
Hawkins Hogan, PLC
205 17th Avenue North, Suite 202
Nashville, TN 37203
Phone: (615) 726-0050
Fax: (315) 726-5177
whawkins@hawkinshogan.com

*Local Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that, on July 9, 2018, the foregoing document was filed electronically.

Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic

filing system, including the below counsel for Defendants. Parties may access this filing through

the Court's ECF system.

| | |
|---|---|
| Anthony J. McFarland (TBPR #9551) | MORGAN, LEWIS & BOCKIUS LLP |
| Robert E. Cooper, Jr. (TBPR #10934) | William J. Delany |
| Bass Berry & Sims PLC | Abbey M. Glenn |
| 150 Third Avenue South | 1111 Pennsylvania Ave, NW |
| Nashville, TN 37201 | Washington, DC 20001 |
| Telephone: (615) 742-7250 | Telephone: (202) 739-3000 |
| Fax: (615) 742-2750 | Fax: (202) 739-3001 |
| amcfarland@bassberry.com | william.delany@morganlewis.com |
| rcooper@bassberry.com | abbey.glenn@morganlewis.com |
| | |
| MORGAN, LEWIS & BOCKIUS LLP | Jeremy P. Blumenfeld |
| Sari M. Alamuddin | Mara E. Slakas Brown |
| Allison N. Powers | 1701 Market Street |
| 77 West Wacker Drive | Philadelphia, PA 19103 |
| Chicago, IL 60601 | Telephone: (215) 963-5000 |
| Telephone: (312) 324-1000 | Fax: (215) 963-5001 |
| Fax: (312) 324-1001 | jeremy.blumenfeld@morganlewis.com |
| sari.alamuddin@morganlewis.com | |
| allison.powers@morganlewis.com | |

/s/ Alexander L. Braitberg

3