**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **LOREN L. CASSELL, ET AL.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:16-cv-02086** |
| | ) | **CHIEF JUDGE CRENSHAW** |
| **VANDERBILT UNIVERSITY, ET AL.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER

Based on the parties Status Report (Doc. No. 142) dated February 25, 2019, representing that the parties have reached an agreement in principle to settle this matter, the Court **GRANTS** the parties' request to set a deadline of April 22, 2019, for the filing of a motion for preliminary approval of the settlement.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE