UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LOREN L. CASSELL, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | NO. 3:16-cv-02086 |
| ) | CHIEF JUDGE CRENSHAW |
| VANDERBILT UNIVERSITY, ET AL., ) | |
| ) | |
| Defendants. ) | |

## ORDER

The parties have represented to the Court that a settlement has been reached in principle, and the Court has set an April 22, 2019 deadline for the filing of a motion for preliminary approval of the settlement. (Doc. No. 143.) Based on these developments, the pending Motion to Strike Jury Demand (Doc. No. 76) is **DENIED AS MOOT**.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE