UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LOREN CASSELL, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) NO. 3:16-cv-2086 |
| | ) |
| VANDERBILT UNIVERSITY, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

The Court will hold a status conference on **May 15, 2019 at 10:30 a.m.** to discuss the Motion for Preliminary Approval of Class Settlement (Doc. No. 145). Counsel with full authority to approve changes to the Proposed Order (Doc. No. 145-2) are required to attend in person.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE