IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LOREN L. CASSELL *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> VANDERBILT UNIVERSITY *et al.*, <br><br> *Defendants*. | Civil Action No.16-cv-2086 |

### ORDER

The parties' Joint Motion for Approval to Send Additional Class Notices (Doc. 156) is hereby GRANTED. The Court finds that the method of sending notices to the affected participants is reasonable.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE