UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| LOREN L. CASSELL, et al., | ) | |
|---|---|---|
| Plaintiffs, | ) | |
| v. | ) | NO. 3:16-cv-02086 |
| VANDERBILT UNIVERSITY, et al., | ) | |
| Defendants. | ) | |

## ORDER

The fairness hearing scheduled for **October 22, 2019**, at 9:00 a.m. is reset for 10:00 a.m. on the same day.

Vanderbilt University shall ensure that the independent fiduciary is present at the hearing.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE